**Order entered January 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01413-CV

**LAKEPOINTE PHARMACY #2, LLC, RAYMOND AMAECHI, AND VALERIE AMAECHI, Appellants**

**V.**

**PM FORNEY MOB, LP, PM REALTY GROUP LP, WRAM INVESTMENTS, RICHARD ALLEN, AND RICHARD SPIRES, Appellees**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 96367-422**

## ORDER

Before the Court are appellants' motion to extend time to file notice of appeal and appellees PM Forney Mob, LP and PM Realty Group, LP's response and motion to dismiss. We **GRANT** the motion to extend and **DENY** the motion to dismiss. The notice of appeal filed December 5, 2016 is deemed timely filed for jurisdictional purposes.

Having suspended the deadline for filing the reporter's record while we determined our jurisdiction, we reset the deadline and **ORDER** court reporter Donna R. Gehl to file the reporter's record no later than February 2, 2017.

/s/      CRAIG STODDART
JUSTICE